**UNITED STATES JUDICIAL PANEL**
**on**
**MULTIDISTRICT LITIGATION**

**IN RE: SANTA FE NATURAL TOBACCO COMPANY**
**MARKETING AND SALES PRACTICES LITIGATION**                    MDL No. 2695

**ORDER REASSIGNING LITIGATION**

The Panel is reassigning the above litigation to another judge in the District of New Mexico.

IT IS THEREFORE ORDERED that, with the consent of that court, this litigation is reassigned to the Honorable Robert J. Shelby, sitting in the District of New Mexico as a Visiting Judge under 28 U.S.C. § 292(b) for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407.

FOR THE PANEL:

Karen K. Caldwell
Chair